**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER SCOCCO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> UNIQURE N.V., MATTHEW KAPUSTA, CHRISTIAN KLEMT, WALID ABI-SAAB, and SARAH TABRIZI, <br><br> Defendants. | Case No. 1:26-cv-01124-JPC |

**DECLARATION OF NAUMON A. AMJED IN SUPPORT OF THE MOTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Naumon A. Amjed, declare as follows:

1.    I am a member in good standing of the State Bar of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this Declaration in support of the motion filed by Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") for appointment as Lead Plaintiff and approval of its selection of Kessler Topaz to serve as Lead Counsel for the class.  Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Oklahoma Firefighters's sworn certification pursuant to the Private Securities Litigation Reform Act of 1995;

Exhibit B:    Chart of Oklahoma Firefighters's transactions and losses in uniQure N.V. ordinary shares during the Class Period;

Exhibit C:    Notice of the pendency of *Scocco v. uniQure N.V., et al.*, No. 1:26-cv-01124-JPC (S.D.N.Y.), published on February 10, 2026, in *Business Wire*; and

Exhibit D:    Firm Profile of Kessler Topaz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of April 2026.

*S/ Naumon A. Amjed*

Naumon A. Amjed
**KESSLER TOPAZ MELTZER
& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com

1

2

*Counsel for Oklahoma Firefighters Pension and Retirement System and Proposed Lead Counsel for the Class*

2