UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SCOCCO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIQURE N.V., MATTHEW KAPUSTA, CHRISTIAN KLEMT, WALID ABI-SAAB, and SARAH TABRIZI,<br><br>Defendants. | Case No.  1:26-cv-01124-JPC |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF YUNG-TIEN TIEN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.    I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Yung-Tien Tien ("Tien"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Tien's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Tien's financial interest in this litigation; |
| Exhibit B: | Press release published via *Business Wire* on February 10, 2026, announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Tien; |
| Exhibit D: | Firm resume of Pomerantz; and |
| Exhibit E: | Firm resume of Holzer. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 13, 2026.

/s/ J. Alexander Hood II
J. Alexander Hood II

1