UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                     :

CHRISTOPHER SCOCCO,          :

                     :

          Plaintiff,      :

                     :        26 Civ. 1124 (JPC)

    -v-                :

                     :        <u>ORDER</u>

UNIQURE N.V., *et al.*,      :

                     :

          Defendants.   :

                     :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 4, 2026, Oklahoma Firefighters Pension and Retirement System ("OFPRS") was appointed as lead plaintiff in this case. Dkt. 31. On May 11, 2026, OFPRS filed an affidavit of service showing that it served Defendant uniQure N.V., Dkt. 32, but the docket does not reflect whether the other Defendants have been served. By May 26, 2026, OFPRS should file a status letter proposing next steps in this case.

      SO ORDERED.

Dated: May 12, 2026
      New York, New York               _____
                                    JOHN P. CRONAN
                         United States District Judge